# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMIAH MOORE,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-1211 |
| | : | |
| **MONTGOMERY COUNTY** | : | |
| **CORRECTIONAL FACILITY,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 21st day of December, 2021, upon consideration of Plaintiff Jeremiah Moore's *pro se* Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, Moore's Amended Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

**/s/ Juan R. Sánchez**
JUAN R. SÁNCHEZ, C.J.